FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAY -9 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | CR. NO. 2:07CR90-MHT |
| v. | ) | [18 USC § 1709] |
| | ) | |
| STEPHANIE WASHINGTON | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNTS 1-5

On or about the dates set forth below, in Montgomery County, Alabama, within the Middle District of Alabama,

STEPHANIE WASHINGTON,

defendant herein, being a Postal Service officer and employee, embezzled letters, postal cards, packages, bags, and mail, and articles and things contained therein entrusted to her and which came into her possession intended to be conveyed by mail; and being a Postal Service officer and employee stole, abstracted, and removed from any such letters, postal cards, packages, bags, and mail, any article and thing contained therein as described below:

| Count | Date Mailed | Addressee | Item & Amount |
| --- | --- | --- | --- |
| 1. | May 2006 | J.L. in Alabama | Letter containing Riverdale Credit Union ATM Card |
| 2. | July 17, 2006 | L.J. in Alabama | Letter containing Wachovia ATM Card |
| 3. | December 4, 2006 | J.G. in Nebraska | Letter containing $500.00 Wachovia Visa Gift Card |
| 4. | December 18, 2006 | J.R.D. in Alabama | Letter containing Regions Platinum CheckCard |
| 5. | December 19, 2006 | B.S. in Maine | Letter containing $100.00 and $25.00 Wal-Mart Gift Cards |

All in violation of Title 18, United States Code, Section 1709.

-2-

A TRUE BILL:

*[signature: Barbara J. Alexander]*
Foreperson

*[signature: Leura G. Canary]*
LEURA G. CANARY
UNITED STATES ATTORNEY

*[signature: Jerusha T. Adams]*
JERUSHA T. ADAMS
Assistant United States Attorney