IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 2:07CR90-MHT |
| ) | |
| STEPHANIE WASHINGTON ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Donnie W. Bethel, and enters his appearance on behalf of Defendant, **Stephanie Washington**, in the above-styled case.

Dated this 6th day of June 2007.

                                              Respectfully submitted,

                                              s/ Donnie W. Bethel
                                              DONNIE W. BETHEL
                                              Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail:don_bethel@fd.org
                                              IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    Case No.: 2:07CR90-MHT |
| | ) |
| STEPHANIE WASHINGTON | ) |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Jerusha T. Adams, Esq., Assistant U. S. Attorney, One Court Square, Suite 201, Montgomery, Alabama 36104.

                                  Respectfully submitted,

                                  s/ Donnie W. Bethel
                                  DONNIE W. BETHEL
                                  Assistant Federal Defender
                                  201 Monroe Street, Suite 407
                                  Montgomery, Alabama 36104
                                  Phone: (334) 834-2099
                                  Fax: (334) 834-0353
                                  E-mail: don_bethel@fd.org
                                  IN Bar Code: 14773-49