IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

**UNITED STATES OF AMERICA** )
)
v. ) CRIMINAL ACTION NO.
) 2:07cr90-MHT
**STEPHANIE WASHINGTON** )

## ORDER

Because the trial of this case is set for August 6, 2007, it is ORDERED that a status conference is set for June 14, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

Defendant Stephanie Washington is DIRECTED to be present.

DONE, this the 12th day of June, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**