IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR90-MHT |
| STEPHANIE WASHINGTON | ) | |

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 7/16/2007, before the undersigned Magistrate Judge.  Present at this conference were Jennifer Hart, standing in for Don Bethel, counsel for the defendant, and Assistant United States Attorney, Jerusha Adams, counsel for the government.  As a result of the conference, it is

ORDERED as follows:

1. Jury selection is set for **9/17/2007**.  The trial of this case is set for the trial term commencing on **9/17/2007**, before **United States District Judge Myron H. Thompson** and is expected to last 2 days for trial.

2.  There are no motions currently pending.

3. Proposed voir dire questions shall be filed on or before **9/10/2007.**  Counsel should not include questions seeking information which is provided in the jury questionnaire.

4. All motions in limine shall be filed on or before **9/10/2007** .  Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5. Proposed jury instructions shall be filed on or before **9/10/2007 .**

6. The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **9/5/2007**. The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **9/17/2007**. The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted. In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **9/17/2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 17th day of July, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE